

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00059-CV

———————————————

IN RE TAWNI JONES-LEDBETTER, Relator

---

Original Proceeding
County Court at Law of Hood County, Texas
Trial Court No. P10686

---

Before Sudderth, C.J.; Bassel and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency relief are denied.

Per Curiam

Delivered: February 5, 2026